QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-5138 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| PEGGY R. HUNT, ) | Date: May 23, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel herein, that the Status Conference Hearing scheduled for May 16, 2005 at 9:00 a.m. may be continued to **May 23, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1   preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

2   DATED: May 12, 2005                        McGREGOR W. SCOTT
                                                United States Attorney

4
                                                By /s/ Marlon Cobar
5                                                  MARLON COBAR
                                                   Assistant U.S. Attorney
6                                                  Attorney for Plaintiff

9   DATED: May 12, 2005                        QUIN DENVIR
                                                Federal Public Defender

11
                                                By /s/ Mark A. Lizarraga
12                                                 MARK A. LIZARRAGA
                                                   Assistant Federal Defender
13                                                 Attorney for Defendant

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   May 13, 2005**              /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Status Conference, etc.           2